**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**


ANDREW MANOR, individually and on behalf of all
others similarly situated;
   Plaintiff,

   v.          CASE NO.:  2:20-cv-11287


ASSET RECOVERY SOLUTIONS, LLC
and John Does 1-25.
   Defendant.
_____/

<u>**JOINT STIPULATION OF DISMISSAL**</u>

  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel

for all parties in the above captioned action, that whereas no party hereto is an infant, incompetent

person for whom a committee has been appointed or conservatee, and no person not a party has an

interest in the subject matter of the action, that this action is dismissed with prejudice on the merits

and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

Procedure.

**Dated:** October 16, 2020

| For Plaintiff Andrew Manor | For Defendant Asset Recovery Solutions, LLC |
|---|---|
| */s/ Yaakov Saks*<br>Yaakov Saks<br>Stein Saks, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>Ph:  (201) 282-6500<br>ysaks@steinsakslegal.com | */s/ Justin M. Penn*<br>Justin M. Penn<br>Hinshaw & Culbertson LLP<br>151 N. FRANKLIN STREET SUITE 2500<br>Chicago, IL 60606<br>Ph:  (312) 704-3157<br>jpenn @hinshawlaw.com |

## CERTIFICATE OF SERVICE

I certify that on October 16, 2020, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Yaakov Saks
Yaakov Saks
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
*Attorneys for Plaintiff*